MICHAEL A. HALILDAY, OSB #045610
Halliday Law, PC
494 State St, Suite 250
Salem OR 97301
Telephone: 503-585-2233
Fax: 503-877-1683
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| FREDDY VASQUEZ,<br><br>               Plaintiff.<br><br>v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br><br>               Defendant. | Civil No. 6:13-cv-01486-AA<br><br>**ORDER REGARDING FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |

    THIS MATTER having come before the Court on the stipulation of the parties, and the court being fully advised on the premises herein, it is hereby

    ORDERED, ADJUDGED and DECREED that attorney fees in the amount of $4,679.56 are awarded to Plaintiff pursuant to Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), subject to any offset as described in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). If Plaintiff's fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Michael Halliday, based on Plaintiff's

/////

/////

/////

assignment of fees to his attorney. The checks payable to either Plaintiff or Michael Halliday shall be mailed to Plaintiff's attorney's office at 494 State St, Suite 250, Salem, Oregon 97301.

DATED: 9/24/2014

_____
District Court Judge